**DISMISS and Opinion Filed May 26, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00318-CV

**TUNG CAI, M.D., CHRISTOPHER CIANCI, D.O., AND
GARY FAZIO, M.D., Appellants
V.
TEXAS HEART HOSPITAL OF THE SOUTHWEST, L.L.P., Appellee**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-02013**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is appellants' unopposed motion to dismiss the appeal. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210318F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TUNG CAI, M.D., CHRISTOPHER
CIANCI, D.O., AND GARY FAZIO,
M.D., Appellants

No. 05-21-00318-CV      V.

TEXAS HEART HOSPITAL OF
THE SOUTHWEST, L.L.P.,
Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-02013.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered May 26, 2021